UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SCARLET PONCE GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAM OLSON FIELD OFFICE DIRECTOR OF ) <br> ENFORCEMENT AND REMOVAL ) <br> OPERATIONS, CHIICAGO FIELD OFFICE, ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, ) <br> KRISTI NOEM SECRETARY U.S. ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> PAMELA BONDI U.S. ATTORNEY GENERAL, ) <br> SCOTT MAPLES JR. SHERIFF CLARK ) <br> COUNTY JAIL IN HIS OFFICAL CAPACITY, ) <br> ) <br> Defendants. ) | No. 4:25-cv-00251-TWP-KMB |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on January 8, 2026, and issued final judgment that same day. Dkts. 13, 14. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/22/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Alush Kola
Law Offices of Al Kola
alkolalaw@yahoo.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov