UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SCARLET PONCE GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00251-TWP-KMB |
| ) | |
| SAM OLSON FIELD OFFICE DIRECTOR OF ) | |
| ENFORCEMENT AND REMOVAL ) | |
| OPERATIONS, CHIICAGO FIELD OFFICE, ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
| KRISTI NOEM SECRETARY U.S. ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| PAMELA BONDI U.S. ATTORNEY GENERAL, ) | |
| SCOTT MAPLES JR. SHERIFF CLARK ) | |
| COUNTY JAIL IN HIS OFFICAL CAPACITY, ) | |
| ) | |
| Defendants. ) | |

## AMENDED FINAL JUDGMENT

The court granted the petition for a writ of habeas corpus. By January 18, 2026, Respondents were ordered to either: (1) provide Petitioner with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under reasonable conditions of supervision. The court now enters amended **FINAL JUDGMENT**.

Date: 1/22/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Alush Kola
Law Offices of Al Kola
alkolalaw@yahoo.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov